**FILED**
**NOVEMBER 28, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6681**

In the Matter of                                    Case Number:

John Fife,
  Plaintiff,
v.
Alex Hazan,
  Defendant.

**JUDGE KOCORAS**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff John Fife

| | |
|---|---|
| **NAME** (Type or print) | |
| Craig M. White | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Craig M. White | |
| **FIRM** | |
| Wildman, Harrold, Allen & Dixon, LLP | |
| **STREET ADDRESS** | |
| 225 West Wacker Drive, Suite 2800 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 2999668 | (312) 201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |