## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6681
John Fife,
    Plaintiff,
v.
Alex Hazan,
    Defendant.

AN APPEARANCE IS HERBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff John Fife

| |
|---|
| NAME (Type or print)<br><br>Edward Timothy Walker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>    /s/ Edward Timothy Walker |
| FIRM<br><br>Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS<br><br>225 West Wacker Drive, Suite 2800 |
| CITY/STATE/ZIP<br><br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6294608 | TELEPHONE NUMBER<br><br>(312) 201-2000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |
|---|