# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case No.: 07 C 6681

Case Name: John Fife vs. Alex Hazan

_Gregory Brown_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil Case; Complaint** to **Alex Hazan** at **146 Bogey Crossing Street, Henderson, NV 89074** resulting in:

____ Personal service on the defendant/respondent/witness on the ____ day of _____, 2008 at _____.M.

__X__ Substitute service by leaving the documents with a resident over the age of 13 on the 14th day of January, 2008 at 3:25 PM.
Name: Cheryl Hazan   Relationship: Wife

__X__ After substitute service I mailed a copy of the listed documents to the defendant on the 17th day of January, 2008

____ Non-Service for the following reason with the date and time of each attempt listed:

_____
_____
_____
_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex: Female            Hair Color/Style: Strawberry blonde
Race: White            Height (approx.): 5'9"
Age (approx.): 25      Weight (approx.): 115 lbs
Noticeable Features/Notes: _____

Signed and Sworn to before me,
This 17 day of JANUARY, 2008.          Served By:

Notary Public                           _Gregory Brown_
[NOTARY PUBLIC STATE OF NEVADA, County of Clark, A. T. DEMARCO, Appt. No. 98-0451-1, My Appt. Expires Nov. 1, 2010]

Registered Process Server #981
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**07 C 668**

SUMMONS IN A CIVIL CASE

JOHN FIFE,

    Plaintiff,

v.

ALEX HAZAN,

    Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE KOCORAS
MAGISTRATE JUDGE DENLO

TO: (Name and address of Defendant)

Alex Hazan
146 Bogey Crossing Street
Henderson, Nevada 89094

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. White (#2999668)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
(312) 201-2000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**November 28, 2007**
Date