# EXHIBIT C

Case 1:07-cv-06681    Document 9    Filed 01/24/2008    Page 1 of 2

## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case No.:    07 C 6681
Case Name:    John Fife vs. Alex Hazan

__Gregory Brown__, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil Case; Complaint** to **Alex Hazan** at **146 Bogey Crossing Street, Henderson, NV 89074** resulting in:

_____ Personal service on the defendant/respondent/witness on
the _____ day of _____, 2008 at _____ __.M.

__X__ Substitute service by leaving the documents with a resident over the age of 13 on
the __14th__ day of __January__, 2008 at __3:25__ P.M.
Name: __Cheryl Hazan__  Relationship: __Wife__

__X__ After substitute service I mailed a copy of the listed documents to the
defendant on the __17th__ day of __January__, 2008

_____ Non-Service for the following reason with the date and time of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: __Female__          Hair Color/Style: __Strawberry blonde__
Race: __White__          Height (approx.): __5'9"__
Age (approx.): __25__    Weight (approx.): __115 lbs__
Noticeable Features/Notes: _____

Signed and Sworn to before me,
This __17__ day of __JANUARY__, 2008.

Served By: __Gregory Brown__
__Registered Process Server #981__
Title

Notary Public

[NOTARY PUBLIC STATE OF NEVADA, County of Clark, A. T. DEMARCO, Appt. No. 98-0451-1, My Appt. Expires Nov. 1, 2010]

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**07 C 6681**

SUMMONS IN A CIVIL CASE

JOHN FIFE,

    Plaintiff,

    v.

ALEX HAZAN,

    Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KOCORAS
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Alex Hazan
146 Bogey Crossing Street
Henderson, Nevada 89094

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. White (#29996668)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
(312) 201-2000

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**November 28, 2007**
Date