IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FIFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 07 C 6681 |
| | ) | |
| ALEX HAZAN, | ) | Honorable Charles P. Korocas |
| | ) | Magistrate Judge Denlow |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Alex Hazan
146 Bogey Crossing Street
Henderson, Nevada 89094

PLEASE TAKE NOTICE that on February 20, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles P. Kocoras, or in his absence, before any other Judge who may be sitting in his stead, in Courtroom 1725 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT,** a copy of which is attached hereto.

Dated: February 8, 2008.

JOHN FIFE

By: ___/s/ E. Timothy Walker___
One of the Attorneys for John Fife

Craig M. White, Esq. (#2999668)
E. Timothy Walker, Esq. (#6294608)
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
(312) 201-2000

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on February 8, 2008, a copy of the foregoing was sent via certified mail, return receipt requested, and electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the following:

Alex Hazan
146 Bogey Crossing Street
Henderson, Nevada 89094

                                                            */s/ E. Timothy Walker*
                                                               E. Timothy Walker