**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

John Fife
     Plaintiff,

v.             Case No.: 1:07−cv−06681
             Honorable Charles P. Kocoras

Alex Hazan
     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

  MINUTE entry before Judge Charles P. Kocoras :Status and motion hearing held on 2/20/2008. Plaintiff's motion [11] for default against defendant Alex Hazan is granted. Status and prove−up hearing set for 3/19/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.