## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FIFE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 07 C 6681 |
| v. | ) | |
| | ) | |
| ALEX HAZAN, | ) | Honorable Charles P. Korocas |
| | ) | Magistrate Judge Denlow |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

### AFFIDAVIT OF E. TIMOTHY WALKER

E. Timothy Walker, being first duly sworn on oath, deposes and states as follows:

1.     This affidavit is based upon my personal knowledge and if called to testify I would competently testify set forth herein.

2.     I have been licensed to practice in the State of Illinois since November 8, 2007 and have been license in the state of Colorado since October 20, 2003. I am an associate in the law firm of Wildman, Harrold, Allen & Dixon LLP ("Wildman") and am one of the attorneys responsible for Wildman's representation of Plaintiff in this case.

3.     I have been personally involved in this case, and am familiar with the costs and expenses incurred by the Plaintiff in this case, the legal services rendered and to be rendered to the Plaintiff, and the fair, usual and customary charges for such services. The present action involves defendant Alex Hazan's ("Hazan") default under a promissory note (the "Promissory Note"). The Promissory Note is attached to the Complaint at Ex. A to the Brief for Damages, Costs and Fees. Plaintiff has filed the above-captioned lawsuit because of Hazan's default and breach of the Promissory Note.

4.    The Promissory Note provides that, in the event of a default by Hazan, Fife is entitled to "any reasonable legal fee and disbursements incurred by [Fife] in the enforcement or protection of any of his rights under any of this Note." (Brief for Damages, Costs, and Fees, Ex. A, Promissory Note ¶ 10(e)).

5.    As of March 7, 2008, Fife has incurred a total of $10,317.65 in attorneys' fees and costs in attempting to collect on the Promissory Note, in his filing of the Complaint, and in the motion for Default Judgment. The costs incurred by Fife relate to filing costs, the costs of service, and other costs incurred during the enforcement of the Promissory Note. These fees and costs are in addition to those invoiced by the Logan Law Firm.

6.    Attached as Exhibit 1 to this Affidavit is a copy of the billing report showing the billed and unbilled fees and costs for services performed by Wildman and billed to Plaintiff with respect to this Action, commencing November 12, 2007 and continuing through March 7, 2008. These records were kept and maintained by Wildman in the regular course of its business, and it is the regular business practice of Wildman to keep and maintain such records. The information contained in this billing report was derived from Wildman's computer billing system. The information contained in that system is input into the system by Wildman employees whose job it is to input such information, shortly after the time of the occurrence, and is taken from timesheets prepared by the attorney or other billing person on or about the time of the occurrence, based upon their own personal knowledge. It is Wildman's policy and practice to input time and expense entries promptly after the time or expenses are incurred. The information contained in Wildman's computer system and set forth in the attached billing

report is made and maintained by Wildman in the regular course of its business, and it is the regular business practice of Wildman to keep and maintain such records.

7.    These fees and costs have been reasonably incurred in the course of providing legal service with respect to the enforcement of the Promissory Note.

FURTHER AFFIANT SAYETH NOT.

_E. Timothy Walker_

Subscribed and sworn to before me this _13th_ day of March, 2008.

NOTARY PUBLIC

"OFFICIAL SEAL"
CHRISTINE O. STRELZYK
Notary Public, State of Illinois
My Commission Expires Sept. 13, 2010

# EXHIBIT 1

```
DATE: 03/12/08 PROFORMA STATEMENT AS OF 03/12/08  FOR FILE ( F3115.00002  )  F3115.00002        PROFORMA #                Page 1 (1)

                                     WILDMAN, HARROLD, ALLEN & DIXON
                                          DETAILED BILLING REPORT

BILLING ATTORNEY:   0241  ALAN B. ROTH                              FLOOR #:  26     (RUN 03/12/08  ) THRU 03/12/08
CLIENT   F3115           MR. AND MRS. JOHN FIFE                     PROFORMA JOINT GROUP #

MATTER   F3115.00002    JOHN FIFE VS. ALEX HAZAN                    LAST DATE BILLED 02/29/08   DATE BILLED THRU 01/31/08
                                                                   BILL CYCLE: M          ARRANGEMENT:  HOURLY
PRACTICE GROUP:  L      LITIGATION
REVENUE TYPE:           3521 COMMERCIAL LITIGATION

                                  ***ATTORNEY TO ATTORNEY***

         CONFLICT 63336

                                  ***PROFESSIONAL SERVICES***
```

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTY NO. | ATTORNEY NAME | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|
| 6089351 | 11/12/07 | (Alex Hazan matter)  Analyze promissory note and stock pledge agreement. | 0.25 | 1462 | WALKER, TIM E. | 75.00 | 75 |
| 6090056 | 11/13/07 | Draft complaint against Hazan relating to promissory note. | 1.50 | 1462 | WALKER, TIM E. | 450.00 | 525 |
| 6095220 | 11/14/07 | Draft complaint against Hazan relating to promissory note. | 3.50 | 1462 | WALKER, TIM E. | 1,050.00 | 1,575 |
| 6095203 | 11/15/07 | Draft complaint against Hazan relating to promissory note; draft correspondence to Mr. White discussing case strategy. | 2.25 | 1462 | WALKER, TIM E. | 675.00 | 2,250 |
| 6096422 | 11/16/07 | Draft complaint against Hazan relating to promissory note. | 0.50 | 1462 | WALKER, TIM E. | 150.00 | 2,400 |
| 6091179 | 11/19/07 | [Fife v. Hazan] Review and revise draft complaint; conference with Mr. Walker regarding proposed revisions. | 0.50 | 0147 | WHITE, CRAIG M. | 262.50 | 2,663 |
| 6100137 | 11/19/07 | Draft complaint against Hazan relating to breach of promissory note; draft summons for complaint for breach of contract; draft notice and waiver of summons; draft correspondence to Mr. Fife forwarding draft complaint for review and comment. | 1.25 | 1462 | WALKER, TIM E. | 375.00 | 3,038 |

DETAILED BILLING REPORT

Page 2 (2)

BILLING ATTORNEY: P3115
CLIENT    0241   ALAN B. ROTH
          MR. AND MRS. JOHN FIFE

FLOOR #                    (RUN 03/12/08  )  THRU 03/12/08
PROFORMA JOINT GROUP #

MATTER  P3115.00002   JOHN FIFE VS. ALEX HAZAN

LAST DATE BILLED 02/29/08    DATE BILLED THRU 01/31/08

***PROFESSIONAL SERVICES***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTY NO. | ATTORNEY NAME | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|-------|------|-------------------------------------|--------------|----------|---------------|-----------------------|---------------|
| 6099297 | 11/20/07 | Draft complaint against Hazan relating to breach of promissory note; draft correspondence to Mr. Fife forwarding revised complaint for review and comment. | 0.50 | 1462 | WALKER, TIM E. | 150.00 | 3,188 |
| 6130687 | 11/28/07 | Draft summons and notice of appearance for Mr. White; draft notice of lawsuit and request for waiver to Mr. Hazen; prepare complaint and exhibits for filing of lawsuit against Mr. Hazen; draft correspondence to client discussing strategy and forwarding filed complaint. | 2.25 | 1462 | WALKER, TIM E. | 675.00 | 3,863 |
| 6130646 | 11/29/07 | Draft letter to Mr. Hazen forwarding notice of lawsuit and waiver of summons. | 0.25 | 1462 | WALKER, TIM E. | 75.00 | 3,938 |
| 6162567 | 12/31/07 | Draft letter to process server relating to personal service on Mr. Hazan. | 0.50 | 1462 | WALKER, TIM E. | 150.00 | 4,088 |
| 6179328 | 01/02/08 | Draft letter to process server relating to personal service on Mr. Hazan; draft correspondence to client relating to service of process on Mr. Hazan. | 0.50 | 1462 | WALKER, TIM E. | 162.50 | 4,250 |
| 6186110 | 01/11/08 | Telephone conference with process server relating to status of service on Mr. Hazan. | 0.25 | 1462 | WALKER, TIM E. | 81.25 | 4,331 |
| 6206852 | 01/29/08 | Appearance in federal court for initial case status; case continued for status to 2/20/08; conference with Mr. Walker regarding default judgment motion. | 1.50 | 0147 | WHITE, CRAIG M. | 825.00 | 5,156 |
| 6215117 | 02/03/08 | Legal research relating to sufficiency of substituted service. | 0.75 | 1462 | WALKER, TIM E. | 243.75 | 5,400 |
| 6215181 | 02/04/08 | Draft motion for default judgment against Mr. Hazan. | 1.25 | 1462 | WALKER, TIM E. | 406.25 | 5,806 |

DETAILED BILLING REPORT

Page 3 (3)

BILLING ATTORNEY: F3115        0241  ALAN B. ROTH
CLIENT  F3115.00002                  MR. AND MRS. JOHN FIFE
MATTER  F3115.00002  JOHN FIFE VS. ALEX HAZAN

FLOOR #
PROFORMA JOINT GROUP #        (RUN 03/12/08  ) THRU 03/12/08
LAST DATE BILLED 02/29/08     DATE BILLED THRU 01/31/08

***PROFESSIONAL SERVICES***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTY NO. | ATTORNEY NAME | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|
| 6215091 | 02/05/08 | Draft motion for default judgment against Mr. Hazan. | 1.25 | 1462 | WALKER, TIM E. | 406.25 | 6,213 |
| 6215192 | 02/06/08 | Draft motion for default judgment against Mr. Hazan; draft Notice of Motion for default judgment against Mr. Hazan. | 1.50 | 1462 | WALKER, TIM E. | 487.50 | 6,700 |
| 6215196 | 02/07/08 | Draft notice of motion for default judgment. | 0.50 | 1462 | WALKER, TIM E. | 162.50 | 6,863 |
| 6215777 | 02/08/08 | Draft motion for default judgment against Mr. Hazan; draft correspondence to client forwarding motion for default; draft letter to Mr. Hazan relating to motion for default. | 0.50 | 1462 | WALKER, TIM E. | 162.50 | 7,025 |
| 6229487 | 02/19/08 | Preparation for hearing on February 20, 2008 relating to status of Complaint and motion for default judgment. | 1.00 | 1462 | WALKER, TIM E. | 325.00 | 7,350 |
| 6229678 | 02/20/08 | Preparation for hearing relating to status of Complaint and motion for default judgment; attend hearing in Federal District Court relating to status of Complaint and motion for default judgment; draft correspondence to client summarizing results of hearing. | 2.25 | 1462 | WALKER, TIM E. | 731.25 | 8,081 |
| 6231496 | 02/22/08 | Draft correspondence to client summarizing preparation of documentation; telephone conference with Mr. Sullivan relating to preparation of damages materials. | 0.25 | 1462 | WALKER, TIM E. | 81.25 | 8,163 |
| 6251904 | 03/07/08 | Draft submission paper to Court relating to damages, costs, and attorneys' fees; draft affidavit of Mr. Fife relating to damages and interest calculation; draft affidavit for counsel relating to attorneys' fees incurred in enforcement of promissory note. | 3.25 | 1462 | WALKER, TIM E. | 1,056.25 | 9,219 |

DETAILED BILLING REPORT

Page 4 (4)

BILLING ATTORNEY:    F3115    0241    ALAN B. ROTH                    FLOOR #              (RUN 03/12/08  ) THRU 03/12/08
CLIENT    F3115                    MR. AND MRS. JOHN FIFE              PROFORMA JOINT GROUP #

MATTER    F3115.00002    JOHN FIFE VS. ALEX HAZAN                     LAST DATE BILLED 02/29/08   DATE BILLED THRU 01/31/08

***PROFESSIONAL SERVICES***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTY NO. | ATTORNEY NAME | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|-------|------|-------------------------------------|--------------|----------|---------------|------------------------|---------------|
|       |      |                                     | 28.00        |          | TIME VALUE TOTAL |                   | $9,218.75 |

***DISBURSEMENTS***

| INDEX | DATE | AP CHECK | CODE | BATCH # | DISBURSEMENT DESCRIPTION | AMOUNT |
|-------|------|----------|------|---------|--------------------------|--------|
| 5472546 | 01/09/08 | 100607 | SP | 567625 | SERVICE OF TWO SUBPOENAS ON MR. HAZAN - 01/02/08 - IT'S YOUR SERVE | 160.00 |
| 5477816 | 01/30/08 | 5784 | FI | 570832 | FILING FEE 11/28/07 IIAND CM ECF AMERICAN EXPRESS | 350.00 |
| 5489167 | 02/03/08 | | LE | 576414 | LEXIS | 266.50 |
| 5482394 | 02/07/08 | | RE | 573146 | REPRODUCTION EXPENSE | 2.40 |
| 5483655 | 02/15/08 | 607266 | SE | 573737 | 01/07/18 AND 01/14/08 ALEZ HAZAN SERV. SUMMO - IT'S YOUR SERVE | 320.00 |
|         |          |        |    |        | TOTAL DISBURSEMENTS | 1,098.90 |

----ATTORNEY SUMMARY----

| ATTY | ATTORNEY NAME | -RATE- | -HOURS- | VALUE | AMOUNT TO BILL |
|------|---------------|--------|---------|-------|----------------|
| 0147 | WHITE, CRAIG M. | 550.00 | 1.50 | 825.00 | |
| 0147 | WHITE, CRAIG M. | 525.00 | .50 | 262.50 | |
| 1462 | WALKER, TIM E. | 325.00 | 13.25 | 4,306.25 | |
| 1462 | WALKER, TIM E. | 300.00 | 12.75 | 3,825.00 | |
|      |               |        | FEES VALUE | 9,218.75 | |

----DISBURSEMENT SUMMARY----

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FI | FILING FEE | 350.00 |
| LE | LEXIS | 266.50 |
| RE | REPRODUCTION EXPENSE | 2.40 |
| SE | SERV. SUMMONS | 320.00 |
| SP | SUBPOENA FEE | 160.00 |
|    | TOTAL DISBURSEMENTS | 1,098.90 |