# EXHIBIT C

**John Fife**
**Royal Springs Water Inc**
**Share transactions**

Act # REDACTED   As of 5/30/2007   5/21/2007 Start   Int Rate 18%   Daily Int Rate >> 0.0004931507

Interest on Note Hazan Note 5/13/07

## June-07

| | Shares Acquired RSPG Common | RSPG Restricted | RSPG Total | Date | Shares Sold Number Sold | Ave Price | Net Cash From Sales | Interest on Note | Note Balance |
|---|---|---|---|---|---|---|---|---|---|
| Current month | 1,000,000 | | 1,000,000 | 5/30/2007 | | | | | 637,500.00 |
| CUMMULATIVE May 07 | | 1,000,000 | (1,000,000) | 6/30/2007 | | | | 9,745.89 | 647,245.89 |
| Cummulative sales | | | | | | | | 9,745.89 | 647,245.89 |
| Shares Held | | | | | | | | | |
| Sloan | | | | | | | | | |
| Difference | | | | | | | | | |

Every Friday send copy to

ENTERED

## July-07

| Date | Shares Acquired RSPG Common | RSPG Restricted | RSPG Total | Date | Shares Sold Number Sold | Ave Price | Net Cash From Sales | Interest on Note | Note Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2007 | | 1,000,000 | 1,000,000 | 6/30/2007 | | 0.0000 | | | 647,245.89 |
| 7/5/2007 | 1,000,000 | (1,000,000) | | 7/2/2007 | (2,000.00) | 1.7350 | 3,416.94 | 638.38 | 644,467.33 |
| | | | | 7/2/2007 | (3,229.00) | 1.7606 | 5,598.89 | 317.82 | 639,186.26 |
| | | | | 7/3/2007 | (3,300.00) | 1.7500 | 5,686.91 | - | 633,499.35 |
| | | | | 7/3/2007 | 2,000.00 | | (3,416.94) | - | 636,916.29 |
| | | | | 7/5/2007 | (2,000.00) | 1.6600 | 3,268.94 | 628.19 | 634,275.54 |
| | | | | 7/6/2007 | (5,000.00) | 1.6500 | 8,124.87 | 312.79 | 626,463.46 |
| | | | | 7/9/2007 | (2,000.00) | 1.4400 | 2,835.95 | 926.82 | 624,554.33 |
| | | | | 7/9/2007 | (15,700.00) | 1.3117 | 20,283.32 | | 604,271.01 |
| | | | | 7/11/2007 | (15,200.00) | 1.1203 | 16,771.68 | 595.99 | 588,095.32 |
| | | | | 7/12/2007 | (12,200.00) | 1.0156 | 12,203.13 | 290.02 | 576,182.21 |
| | | | | 7/13/2007 | (3,300.00) | 1.0500 | 3,101.95 | 284.14 | 573,364.40 |
| | | | | 7/16/2007 | (6,086.00) | 1.1775 | 7,057.97 | 848.27 | 567,154.70 |
| | | | | 7/17/2007 | (10,000.00) | 1.1250 | 11,079.82 | 279.69 | 556,354.57 |
| | | | | 7/18/2007 | (5,000.00) | 1.4000 | 6,893.89 | 274.37 | 549,735.05 |
| | | | | 7/19/2007 | (9,000.00) | 1.1698 | 10,360.84 | 271.10 | 539,645.31 |
| | | | | 7/20/2007 | (5,000.00) | 1.0860 | 5,347.91 | 268.13 | 534,553.53 |
| | | | | 7/24/2007 | (3,000.00) | 1.1000 | 3,248.94 | 1,054.48 | 532,369.07 |
| | | | | 7/25/2007 | (3,000.00) | 1.1500 | 3,396.94 | 262.54 | 529,234.67 |
| | | | | 7/26/2007 | (3,000.00) | 1.0600 | 3,130.95 | 260.99 | 526,364.71 |
| | | | | 7/27/2007 | (3,000.00) | 1.1467 | 3,387.04 | 259.98 | 523,237.25 |
| | | | | 7/30/2007 | (3,000.00) | 1.1130 | 3,337.04 | 774.10 | 520,674.41 |
| | | | | 7/31/2007 | (7,000.00) | 0.9800 | 6,755.89 | 256.77 | 514,174.29 |

| | | | | Shares Sold Number Sold | Ave Price | Net Cash From Sales | Interest on Note | Note Balance |
|---|---|---|---|---|---|---|---|---|
| Current month | | | | (118,715.00) | | 141,873.77 | 8,802.17 | 514,174.29 |
| CUMMULATIVE JUL 07 | | | | (118,715.00) | | 141,873.77 | 18,548.06 | 514,174.29 |
| Cummulative sales | (118,715) | | | | | | | |
| Shares Held | 881,285 | | 881,285 | Bal of Shrs | | | | |
| Sloan | 881,285 | | | | | | | |
| Difference | | | | | | | | |

Every Friday send copy to alex@royalspringswater.com

ENTERED

## August-07

| Date | Shares Acquired RSPG Common | RSPG Restricted | RSPG Total | Date | Shares Sold Number Sold | Ave Price | Net Cash From Sales | Interest on Note | Note Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 7/31/2007 | | | | | 514,174.29 |

Note Balance
637,500.00
637,500.00
637,500.00

See correction to 6/20/2007 effective interest date on 2/29/08



## AUGUST 2007

| | Shares Acquired | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | RSPG Common | RSPG Restricted | RSPG Total | Date | Bal of Shrs / Number Sold | Ave Price | Net Cash From Sales | Interest on Note | Note Balance | |
| | | | | 8/1/2007 | (10,800.00) | 0.8819 | 9,166.85 | 253.57 | 505,261.01 | |
| | | | | 8/2/2007 | (10,000.00) | 0.8500 | 8,370.86 | 249.17 | 497,139.32 | |
| | | | | 8/3/2007 | (12,000.00) | 0.8721 | 10,306.83 | 245.16 | 487,077.65 | |
| | | | | 8/6/2007 | (12,500.00) | 0.8640 | 10,658.83 | 720.61 | 477,161.43 | |
| | | | | 8/7/2007 | (10,000.00) | 0.7350 | 7,238.88 | 235.31 | 470,157.86 | |
| | | | | 8/8/2007 | (12,300.00) | 0.8566 | 10,134.84 | 231.86 | 460,254.88 | |
| | | | | 8/9/2007 | 12,300.00 | | | 226.98 | 471,468.70 | |
| | | | | 8/9/2007 | (5,100.00) | 0.8035 | 4,035.93 | | 467,430.77 | |
| | | | | 8/10/2007 | (20,000.00) | 0.8650 | 17,038.73 | | 450,392.04 | |
| | | | | 8/13/2007 | (7,050.00) | 0.8400 | 5,831.90 | 222.11 | 444,782.25 | |
| | | | | 8/13/2007 | (20,000.00) | 0.8175 | 16,103.74 | 658.03 | 429,338.54 | |
| | | | | 8/14/2007 | (6,550.00) | 0.7973 | 5,143.42 | 211.73 | 424,404.85 | |
| | | | | 8/15/2007 | (5,000.00) | 0.8000 | 3,938.93 | 209.30 | 420,675.22 | |
| | | | | 8/16/2007 | (15,000.00) | 0.7100 | 10,488.83 | 207.46 | 410,393.85 | |
| | | | | 8/17/2007 | (26,895.00) | 0.6677 | 17,118.72 | 202.39 | 393,477.52 | |
| | | | | 8/20/2007 | (26,250.00) | 0.6813 | 17,616.71 | 582.13 | 376,443.94 | |
| | | | | 8/21/2007 | (6,427.00) | 0.6311 | 3,993.91 | 185.64 | 372,635.67 | |
| | | | | 8/22/2007 | (15,000.00) | 0.6033 | 8,912.81 | 183.77 | 363,905.63 | |
| | | | | 8/23/2007 | (10,000.00) | 0.5550 | 5,465.91 | 179.46 | 358,620.18 | |
| | | | | 8/24/2007 | (113,500.00) | 0.4965 | 55,503.16 | 176.85 | 303,298.87 | |
| | | | | 8/27/2007 | (16,000.00) | 0.4963 | 7,820.67 | 448.71 | 295,921.91 | |
| | | | | 8/28/2007 | (15,000.00) | 0.4000 | 5,908.90 | 145.63 | 290,159.94 | |
| | | | | 8/30/2007 | (25,000.00) | 0.4000 | 9,848.84 | 286.18 | 280,596.28 | |
| | | | | 8/31/2007 | (41,000.00) | 0.4220 | 17,040.73 | 138.38 | 263,693.93 | 850.00 Legal from Logan |
| Current month | 1,000,000 | | | Bal of Shrs | (429,062.00) | | 257,531.09 | 6,220.73 | 263,693.93 | |
| CUMMULATIVE AUG 07 | (547,777) | | | | | | 399,404.68 | 24,748.79 | 263,693.93 | |
| Cummulative sales | (547,777) | | | | | | | | 263,693.93 | ENTERED |
| Shares Held | 452,223 | 452,223 | 452,223 | | | | | | 263,693.93 | |
| Difference | | | | | | | | | | |

Every Friday send copy to alex@royalspringwater.com

## September-07

| | Shares Acquired | | | | Shares Sold | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | RSPG Common | RSPG Restricted | RSPG Total | Date | Number Sold | Ave Price | Net Cash From Sales | Interest on Note | Note Balance | |
| | | | | 8/31/2007 | | | | | 263,693.93 | |
| | | | | 9/4/2007 | (3,600.00) | 0.4800 | 1,700.97 | 520.16 | 262,513.12 | |
| | | | | 9/5/2007 | (30,000.00) | 0.4607 | 13,612.78 | 129.46 | 249,029.80 | |
| | | | | 9/6/2007 | (12,000.00) | 0.4125 | 4,874.92 | 122.81 | 244,277.69 | |
| | | | | 9/7/2007 | (46,000.00) | 0.4000 | 5,906.90 | 120.47 | 238,468.28 | |
| | | | | 9/10/2007 | (34,000.00) | 0.3000 | 9,938.93 | 352.83 | 234,503.16 | |
| | | | | 9/11/2007 | (5,000.00) | 0.3400 | 1,672.97 | 115.84 | 233,346.03 | |
| | | | | 9/12/2007 | (21,318.00) | 0.3037 | 6,376.19 | 115.07 | 222,282.59 | |
| | | | | 9/13/2007 | (16,000.00) | 0.3119 | 4,914.32 | 111.99 | 222,282.59 | |
| | | | | 9/14/2007 | (22,000.00) | 0.2892 | 6,893.09 | 109.62 | 215,489.93 | |
| | | | | 9/17/2007 | (22,000.00) | 0.2982 | 6,461.29 | 318.62 | 209,356.65 | |
| | | | | 9/18/2007 | (29,500.00) | 0.3095 | 8,992.11 | 103.24 | 200,467.78 | |
| | | | | 9/19/2007 | (36,700.00) | 0.3032 | 10,959.26 | 98.86 | 189,607.38 | |
| | | | | 9/20/2007 | (20,000.00) | 0.3080 | 6,066.90 | 93.51 | 183,633.99 | |
| | | | | 9/24/2007 | (35,000.00) | 0.3043 | 10,633.33 | 90.56 | 173,091.23 | |
| | | | | 9/24/2007 | (20,000.00) | 0.3000 | 5,908.90 | 256.08 | 167,438.40 | |
| | | | | 9/25/2007 | (25,100.00) | 0.3102 | 7,667.90 | 82.57 | 159,853.07 | |
| | | | | 9/26/2007 | (9,500.00) | 0.3047 | 2,850.60 | 76.83 | 157,081.30 | |
| | | | | 9/27/2007 | (20,000.00) | 0.2600 | 5,120.92 | 77.46 | 152,037.84 | |
| | | | | 9/28/2007 | | | | 74.98 | 147,192.11 | |
| | | | | 9/30/2007 | (20,600.00) | 0.2497 | 5,065.74 | 145.03 | 147,192.11 | |
| Current month | 1,000,000 | | | | (377,318.00) | | 119,620.01 | 3,118.19 | 147,192.11 | |
| CUMMULATIVE SEP 07 | (925,095) | | | | (925,095.00) | | 519,024.87 | 27,866.98 | | |
| Cummulative sales | (925,095) | | | | | | | | | |
| Shares Held | 74,905 | 74,905 | 74,905 | | | | | | | 119,620.01 Payments |
| Sloan | 74,905 | | | | | | | | | ENTERED |

Every Friday send copy to alex@royalspringwater.com

Difference

100,595.14  Principal
19,024.87  Interest

## October-07

| Date | Shares Acquired RSPG Common | RSPG Restricted | RSPG Total | Shares Sold Number Sold | Ave Price | Net Cash From Sales | Interest on Note | Note Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 9/30/2007 | | | | | | | | 147,192.11 | |
| 10/1/2007 | | | | (10,500.00) | 0.2395 | 2,475.71 | 72.59 | 144,788.99 | |
| 10/2/2007 | | | | (24,000.00) | 0.2550 | 6,026.90 | 71.40 | 138,833.49 | |
| 10/3/2007 | | | | (3,600.00) | 0.2500 | 894.98 | 68.47 | 138,016.88 | |
| 10/4/2007 | | | | (4,000.00) | 0.2500 | 983.98 | 68.06 | 137,101.06 | |
| 10/5/2007 | | | | (22,600.00) | 0.2466 | 5,488.07 | 67.61 | 131,680.60 | |
| 10/8/2007 | | | | | | | 194.82 | 131,033.89 | |
| 10/31/2007 | | | | (10,205.00) | 0.2300 | 2,311.11 | 1,469.98 | 131,033.89 | |
| | | | | | | | - | 131,033.89 | |
| | | | | | | | | 131,033.89 | |
| Current month | 1,000,000 | - | - | | | | | | |
| CUMMULATIVE OCT 07 | (1,000,000) | - | - | (74,905.00) | | 18,170.75 | 2,012.53 | 131,033.89 | ENTERED |
| Cummulative sales | | - | - | (1,000,000.00) | | 537,195.62 | 29,679.51 | | |
| Shares Held | | | | | | | | | |
| Sloan | | | | | | | | | |
| Difference | | | | | | | | | |

Every Friday send copy to alexs@rovilsprngswater.com

18,170.75  Payments
           Principal all paid in Sep
18,170.75  Interest

## November-07

| Date | Shares Acquired RSPG Common | RSPG Restricted | RSPG Total | Shares Sold Number Sold | Ave Price | Net Cash From Sales | Interest on Note | Note Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2007 | | | | | | | | 131,033.89 | |
| 11/30/2007 | | | | | | | 1,938.58 | 132,972.47 | ENTERED |
| 12/31/2007 | | | | | | | 2,032.84 | 135,005.31 | ENTERED |
| January-08 | | | | | | | 2,063.92 | 137,069.23 | ENTERED |
| February-08 | | | | | | | 1,952.28 | 139,021.51 | ENTERED |
| 2/29/2008 | | | | | | | (7,408.00) | 131,621.51 | ENTERED |
| 3/19/2008 | | | | | | | 1,233.28 | 132,854.79 | ENTERED |
| | | | | | | | - | 132,854.79 | |
| | | | | | | | - | 132,854.79 | |
| | | | | | | | | 132,854.79 | |
| Current month | 1,000,000 | - | - | | | | | | |
| CUMMULATIVE FEB 08 | (1,000,000) | - | - | (1,000,000.00) | | 537,195.62 | 1,820.90 | 132,854.79 | |
| Cummulative sales | | - | - | | | | 31,700.41 | | |
| Shares Held | | | | | | | | | |
| Sloan | | | | | | | | | |
| Difference | | | | | | | | | |

Every Friday send copy to alexs@rovilsprngswater.com

-  Payments
-  Principal all paid in Sep
-  Interest

| Adjustment for change in interest effective date to 6/20/08 | | 18% | 0.000493161 |
|---|---|---|---|
| 5/30/2007 | 637,500.00 | 18% | 0.000493161 |
| 6/20/2007 | 6,602.05 | | 1.122075293 |
| 2/29/2008 | 7,408.00 | | 0.656890411 |

# EXHIBIT D

# LOGAN LAW FIRM PLC

RONALD J. LOGAN

2999 NORTH 44th STREET, SUITE 303
PHOENIX, ARIZONA 85018-7250

WWW.RULE144LETTERS.COM

TELEPHONE: (602) 957-9430
FACSIMILE: (602) 926-8081
DIRECT LINE: (602) 614-4488
LOGAN@RULE144LETTERS.COM

July 6, 2007


received
8/9/07

Mr. Alex Hazan
President and CEO
Royal Spring Water, Inc.

May 23-30

Many telephone conferences with Mr. Hazan, Mr. Gentile, Mr. Fife and Mr. Weber; reviewed facts related to legal opinion regarding restricted shares and prepared drafts of legal opinion for lender considering making a loan to Mr. Hazan, preparation of representation letter for Mr. Hazan in support of the legal opinion; multiple revisions of the draft opinion; reviewed exhibits for opinion letter; made extensive changes to legal opinion and representations letter; exchanged e-mails with Heritage Trust, Mr. Gentile, Mr. Fife, Mr. Weber and Mr. Hazan

| | |
|---|---|
| Total time: | 5.7 hours |
| Hourly rate: | $ 325.00 |
| Total of services: | $1,852.50 |
| Reduction of fee (courtesy to client) | -$1,002.00 |
| **Net fee due and payable:** | **$ 850.00** |


PAID
CK. NO. 1015
DATE 8/9/07