## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6681 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Fife vs. Hazan | | |

**DOCKET ENTRY TEXT**

Status and prove-up hearing held on 3/19/2008. Fife is awarded damages in the amount of $100,304.38 due to Hazan's default under the promissory note titled "Series 2007 Secured Original Issue Discount Note Due November 13, 2007" ("Promissory Note") and Hazan's failure to reimburse Fife as required under the Promissory Note. Fife is awarded default interest of $31,700.41, consisting of interest calculated at eighteen percent per annum under the Promissory Note accruing on any outstanding maturity amount beginning June 20, 2007 through the date of this Judgment Order. Fife is awarded his costs of $1,098.90 and attorneys' fees of $10,068.75, as provided under the Promissory Note, to be paid by Hazan. Therefore, judgment is entered in favor of Plaintiff John Fife and against Defendant Alex Hazan in the amount of $143,172.44. All matters in controversy having been resolved, final judgment is entered in favor of the plaintiff, John Fife and against defendant Alex Hazan.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:06

| | Courtroom Deputy Initials: | SCT |
|---|---|---|