IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN FIFE,<br><br>        Plaintiff<br><br>ALEX HAZAN,<br><br>        Defendant | Case No.: 07 C 6681<br><br>Honorable Charles P. Korocas<br>Magistrate Judge Denlow |

## JUDGMENT ORDER

This matter comes before the Court on Plaintiff's Motion for Default Judgment (Docket No. 11), Plaintiff's Brief relating to Damages, Costs and Fees for Entry of Final Judgment against Defendant (Docket No. 14), and the prove-up hearing on March 19, 2008. The Court, after consideration of the evidence and affidavits of John Fife and E. Timothy Walker and being fully advised in the premises, finds that:

1. Defendant Alex Hazan ("Defendant" or "Hazan") was properly served with the summons and complaint in this matter;

2. More than 20 days have elapsed since the date of service on Hazan; and,

3. Hazan has failed to appear, answer, or otherwise plead with regard to the allegations in the Complaint (Docket No. 1).

Accordingly, the Court hereby ORDERS, on evidence sufficient to the Court, as follows:

1. Plaintiff John Fife's ("Plaintiff" or "Fife") Motion for Default Judgment (Docket No. 11) is granted;

2. Fife is awarded damages in the amount of $100,304.38 due to Hazan's default under the promissory note titled "Series 2007 Secured Original Issue Discount

        Note Due November 13, 2007" ("Promissory Note") and Hazan's failure to reimburse Fife as required under the Promissory Note;

3. Fife is awarded default interest of $31,700.41, consisting of interest calculated at eighteen percent per annum under the Promissory Note accruing on any outstanding maturity amount beginning June 20, 2007 through the date of this Judgment Order;

4. Fife is awarded his costs of $1,098.90 and attorneys' fees of $10,068.75, as provided under the Promissory Note, to be paid by Hazan;

5. Therefore, judgment is entered in favor of Plaintiff John Fife and against Defendant Alex Hazan in the amount of $143,172.44; and,

6. The clerk shall enter judgment in favor of Plaintiff John Fife and against Defendant Alex Hazan in accordance with the terms of this Order.

SO ORDERED

*Charles P. Kocoras*

**CHARLES P. KOCORAS**
**U.S. District Court Judge**

**Dated:   March 19, 2008**