# United States District Court
## Northern District of Illinois
### Eastern Division

John Fife　　　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　　v.　　　　　　　　　　　　　　Case Number: 07 C 6681

Alex Hazan

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of the plaintiff, John Fife and against defendant Alex Hazan as follows:

1. Fife is awarded damages in the amount of $100,304.38 due to Hazan's default under the promissory note titled "Series 2007 Secured Original Issue Discount Note Due November 13, 2007" ("Promissory Note") and Hazan's failure to reimburse Fife as required under the Promissory Note;
2. Fife is awarded default interest of $31,700.41, consisting of interest calculated at eighteen percent per annum under the Promissory Note accruing on any outstanding maturity amount beginning June 20, 2007 through the date of this Judgment Order;
3. Fife is awarded his costs of $1,098.90 and attorneys' fees of $10,068.75, as provided under the Promissory Note, to be paid by Hazan;
4. Therefore, judgment is entered in favor of Plaintiff John Fife and against Defendant Alex Hazan in the amount of $143,172.44.

All matters in controversy having been resolved, final judgment is entered in favor of the plaintiff, John Fife and against defendant Alex Hazan.

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 3/19/2008　　　　　　　　　　　　/s/ Stephen C. Tokoph, Deputy Clerk